**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  11-cv-00502-REB

DANIEL G. SELF,

     Applicant,

v.

KEVIN MILYARD, Warden, and
THE ATTORNEY GENERAL OF COLORADO,

     Respondents.

---

**MINUTE ORDER**[1]

---

     The matter is before the court on the applicant's **Motion To Deny Assistant Attorney General's Request For a Time Extension and Impose a Time Bar To File an Answer** [#15] filed July 21, 2011.  After reviewing the motion and the file, the court has concluded that the motion should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the applicant's **Motion To Deny Assistant Attorney General's Request For a Time Extension and Impose a Time Bar To File an Answer** [#15] filed July 21, 2011, is **GRANTED**;

     2.  That respondents' **Motion For Extension of Time To File Answer** [#14] filed July 15, 2011, is **DENIED**; and

     3.  That the respondents shall file an answer on or before **August 15, 2011**.

     Dated:  July 25, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.